No. 01–6100. KNISLEY v. WORKERS' COMPENSATION APPEALS BOARD OF CALIFORNIA ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 01–6104. SHEEHAN v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 01–6106. MCATEE v. CLARK. C. A. 7th Cir. Certiorari denied.

No. 01–6111. PROCTOR v. GALAZA, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 01–6113. MCBROOM v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 01–6117. CROSS v. BRUTON, WARDEN, ET AL. C. A. 8th Cir. Certiorari denied.

No. 01–6120. TURNER v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 01–6139. BEAMON v. YUKINS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 01–6149. ALLEN v. LAMARQUE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 01–6158. WALKER v. TRUE, WARDEN. Sup. Ct. Va. Certiorari denied.

No. 01–6172. LENZ v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 01–6177. NIX v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 01–6180. JENNINGS v. PORTUONDO, SUPERINTENDENT, SHAWANGUNK CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 01–6187. THOMPSON v. GIBSON, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 01–6203. KOLAKOWSKI v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.